

U.S. Department of Justice

United States Attorney
Eastern District of New York

CNC

610 Federal Plaza
Central Islip, New York 11722

May 5, 2014

By ECF

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
934 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. John Doe
                Criminal Docket No. 11-797(DRH)

Dear Judge Hurley:

      The government respectfully writes to request that the May 9, 2014 sentencing date in this case be adjourned and rescheduled to June 3, 2014 at 10:30 a.m.  The Probation Officer is working on the defendant's Presentence Investigation Report ("PSR") , but the PSR has not yet been completed.  I have conferred with defense counsel, Raymond Perini, Esq., about this matter, and he consents to this request.

      Thank you for your consideration.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

          By:    /s/ Carrie N. Capwell
                  Carrie N. Capwell
                  Assistant U.S. Attorney
                  (631) 715-7836

cc:    Raymond Perini, Esq. (By ECF)
        Probation Officer Steven Guttman (By Email)